BENJAMIN B. WAGNER
United States Attorney
ROBIN HARRIS
BENJAMIN KINGSLEY
Special Assistant United States Attorneys
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2700

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 14-CR-00168-JAM |
|---|---|
| Plaintiff, | STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER |
| v. | |
| JACQULINE HOEGEL, | DATE: September 16, 2014 |
| Defendant. | TIME: 9:30 a.m.<br>COURT: Hon. John A. Mendez |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for status on September 16, 2014.

2. By this stipulation, the parties now move to continue the status conference until September 30, 2014, and to exclude time between September 16, 2014, and September 30, 2014, under Local Code T4.

3. The parties agree and stipulate, and request that the Court find the following:

   a) The government has previously produced, pursuant to its discovery on obligations in the prior Northern District of California case against defendant, substantial discovery to defense counsel relating to this case, including investigative reports and financial records. All of this discovery has been either produced directly to counsel and/or made available for inspection

and copying.

        b)      Counsel for defendant believes that failure to grant the above-requested continuance would deny him/her the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

        c)      The government agrees to the continuance.

        d)      Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

        e)      For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of September 16, 2014 to September 30, 2014, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

4.      Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated:  September 4, 2014                      BENJAMIN B. WAGNER
                                                     United States Attorney

                                                     /s/ BENJAMIN KINGSLEY
                                                     BENJAMIN KINGSLEY
                                                     Assistant United States Attorney

Dated:  September 4, 2014                      /s/ BRIAN BERSON
                                                     BRIAN BERSON
                                                     Counsel for Defendant
                                                     Jacquline Hoegel

**FINDINGS AND ORDER**

IT IS SO FOUND AND ORDERED this <u>4th</u> day of <u>September</u>, 2014.

<u>  /s/ John A. Mendez                          </u>
THE HONORABLE JOHN A. MENDEZ
UNITED STATES DISTRICT JUDGE