**Brian P. Berson, Esq.**
California State Bar No. 130249
Law Offices of Brian P. Berson
235 Montgomery St., Suite 625
San Francisco, CA 94104
brian@bersonlaw.net
Telephone: (415) 788-2707
Facsimile: (415) 392-5275


Counsel for Defendant **JACQULINE HOEGEL**


IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) NO. 14-CR-00168-JAM |
| | ) |
| Plaintiff, | ) STIPULATION REGARDING |
| vs. | ) EXCLUDABLE TIME PERIODS |
| | ) UNDER SPEEDY TRIAL ACT; |
| JACQULINE HOEGEL. | ) FINDINGS AND ORDER |
| | ) |
| Defendant. | ) Date: September 30, 2014 |
| | ) Time: 9:30 a.m. |
| | ) Court: Hon. John A. Mendez |
| | ) |

**STIPULATION**

Defendant Jacquline Hoegel, by and through defendant's counsel of record, and plaintiff United States of America, by and through its counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for status on September 30, 2014.

2. Due to a personal scheduling conflict that has developed regarding Ms. Hoegel's below counsel, he has requested – and government counsel has agreed to – this stipulation to continue the status conference to October 14, 2014.

1

3. By this stipulation, the parties stipulate and agree that the status conference should be continued to October 14, 2014 and that the time between September 30, 2014 and October 14, 2014 should be excluded under the Speedy Trial Act.

4. The parties agree and stipulate, and request that the Court find the following:

    a) The government has produced voluminous discovery.

    b) Counsel for defendant believes that failure to grant the above-requested continuance would deny him the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

    c) The government agrees to the continuance.

    d) Based on the above stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

    e) For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of September 30, 2014 to October 14, 2014, inclusive is deemed excludable pursuant to 18 U.S.C.§3161(h)(7)(A), B(iv)[Local Code T4] because it Results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a

speedy trial.

5. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated: September 23, 2014         /s/BRIAN P. BERSON_____
                                    BRIAN P. BERSON
                                    Attorney for Jacquline Hoegel


Dated: September 23, 2014         /s/BENJAMIN KINGSLEY_____
                                    BENJAMIN KINGSLEY
                                    Assistant United States Attorney




**FINDINGS AND ORDER**

IT IS SO FOUND AND ORDERED this 24th day of September, 2014.


                                  _/s/ John A. Mendez_____
                                  THE HONORABLE JOHN A. MENDEZ
                                  UNITED STATES DISTRICT COURT JUDGE

3