1  BENJAMIN B. WAGNER
   United States Attorney
2  ROBIN HARRIS
   BENJAMIN KINGSLEY
3  Special Assistant United States Attorneys
   501 I Street, Suite 10-100
4  Sacramento, California 95814
   Telephone: (916) 554-2700
5

6  Attorneys for Plaintiff
   United States of America
7

8
                    IN THE UNITED STATES DISTRICT COURT
9
                     EASTERN DISTRICT OF CALIFORNIA
10

11 UNITED STATES OF AMERICA,              CASE NO.  14-CR-00168-JAM (CD)

12                         Plaintiff,     STIPULATION AND PROPOSED ORDER

13            v.

14 JACQULINE HOEGEL,

15                         Defendant.

16

17                              **STIPULATION**

18       Plaintiff United States of America, by and through its counsel of record, and defendant, by and

19 through defendant's counsel of record, hereby stipulate as follows:

20       1. Defendant's discovery motion was calendared for a hearing on December 11, 2014.

21       2.  The parties jointly request to continue this hearing until January 20, 2015 at 2:00 p.m.

22       3. The parties request this continuance because driving conditions from the Bay Area, where all

23 counsel are located, to Sacramento tomorrow are predicted to be extremely hazardous due to a

24 significant rain and wind storm.

25 //

26 //

27 //

28 //

1    IT IS SO STIPULATED.

2

3    Dated:  December 10, 2014                    BENJAMIN B. WAGNER
                                                  United States Attorney

4

5                                                 /s/ BENJAMIN KINGSLEY
                                                  BENJAMIN KINGSLEY
6                                                 Special Assistant United States
                                                  Attorney

7

8    Dated:  December 10, 2014                    /s/ BRIAN BERSON
                                                  BRIAN BERSON
9                                                 Counsel for Defendant
                                                  Jacquline Hoegel
10

11

12

13                    [~~PROPOSED~~] FINDINGS AND ORDER

14    IT IS SO FOUND AND ORDERED

15    Dated:  December 11, 2014

16

17                                                CAROLYN K. DELANEY
                                                  UNITED STATES MAGISTRATE JUDGE
18

19

20

21

22

23

24

25

26

27

28