IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>JACQULINE HOEGEL,<br><br>    Defendant. | CASE NO. 14-cr-00168-JAM (EFB)<br><br>[~~PROPOSED~~] **ORDER** |

Defendant has moved to compel discovery from the government of three categories of materials. Dkt. 18. First, defendant seeks "chain of custody" information regarding particular items (boxes of documents and cellular phones) that are in the government's possession. Second, defendant seeks documents that she contends were in or around her home at the time her home was searched by the SEC and/or a receiver appointed in an SEC civil action. Third, she seeks documents that were shown to her daughter, Kristi Hoegel, during an interview with the government in this case.

With respect to the first two categories of materials, IT IS ORDERED that defendant's motion to compel is denied. Defendant has been given access to all of the material that the United States Attorney's Office for the Northern District of California received from the court-appointed receiver. The materials or information that she seeks, to the extent they exist, are not in the "government's possession, custody, or control" within the meaning of Federal Rule of Criminal Procedure 16(a)(1)(E) or under *Brady v. Maryland*, 373 U.S. 83 (1963), and its progeny.

With respect to the third category of materials, IT IS ORDERED that defendant's motion to compel is denied at this time. Defendant concedes that these materials are relevant only to the extent that they contain possible impeachment material for Kristi Hoegel should she testify at trial. *See Giglio v. United States*, 405 U.S. 150 (1972). The government has agreed to produce these materials to defendant two weeks in advance of the trial confirmation conference if it intends to call Kristi Hoegel as a witness in its case-in-chief at trial.

DATED: January 26, 2015.

_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE