BENJAMIN B. WAGNER
United States Attorney
ROBIN HARRIS
BENJAMIN KINGSLEY
Special Assistant United States Attorneys
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2700

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>             Plaintiff,<br><br>        v.<br><br>JACQULINE HOEGEL,<br><br>             Defendant. | CASE NO. 14-CR-00168-JAM<br><br>STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER<br><br>DATE: September 21, 2015<br>TIME: 9:00 a.m.<br>COURT: Hon. John A. Mendez |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for jury trial on September 21, 2015.

2. By this stipulation, the parties now move to continue the jury trial to December 7, 2015, at 9:00 a.m., with a trial confirmation hearing on October 27, 2015, at 9:15 a.m. The parties also stipulate to exclude between September 21, 2015, and December 7, 2015, under Local Code T4.

3. The parties agree and stipulate, and request that the Court find the following:

    a) The government has produced discovery to defense counsel relating to this case, including investigative reports and financial records. All of this discovery has been either produced directly to counsel and/or made available for inspection and copying.

    b) Counsel for defendant and government believe that failure to grant the above-

1  requested continuance would deny defendant the reasonable time necessary for effective
2  preparation, taking into account the exercise of due diligence, and would deny the government
3  and defendant continuity of counsel.

4        c)     Based on the above-stated findings, the ends of justice served by continuing the
5  case as requested outweigh the interest of the public and the defendant in a trial within the
6  original date prescribed by the Speedy Trial Act.

7        d)     For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161,
8  et seq., within which trial must commence, the time period of September 21, 2015 to December
9  7, 2015, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local
10 Code T4] because it results from a continuance granted by the Court at parties' request on the
11 basis of the Court's finding that the ends of justice served by taking such action outweigh the
12 best interest of the public and the defendant in a speedy trial.

13    4.     Nothing in this stipulation and order shall preclude a finding that other provisions of the
14 Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial
15 must commence.

16    IT IS SO STIPULATED.

17
18 Dated:  June 10, 2015                            BENJAMIN B. WAGNER
                                                United States Attorney
19
20                                                 /s/ BENJAMIN KINGSLEY
                                                BENJAMIN KINGSLEY
21                                                 Special Assistant United States
                                                Attorney
22

23 Dated: June 10, 2015                              /s/ BRIAN BERSON
                                                BRIAN BERSON
24                                                 Counsel for Defendant
25                                                 Jacquline Hoegel
26
27
28

**FINDINGS AND ORDER**

IT IS SO FOUND AND ORDERED this 12th day of June, 2015.

/s/ John A. Mendez
THE HONORABLE JOHN A. MENDEZ
UNITED STATES DISTRICT COURT JUDGE