**Brian P. Berson, Esq.**
California State Bar No. 130249
Law Offices of Brian P. Berson
1000 Brannan Street, Suite 488
San Francisco, CA 94103
brian@bersonlaw.net
Telephone: (415) 788-2707
Facsimile: (415) 522-1506


Counsel for Defendant **JACQULINE HOEGEL**

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) NO. 14-CR-00168-WBS |
| | ) |
| Plaintiff, | ) STIPULATION AND |
| vs. | ) [~~PROPOSED~~] ORDER |
| | ) TO CONTINUE SENTENCING |
| JACQULINE HOEGEL, | ) DATE |
| | ) |
| Defendant. | ) |
| | ) |
| | ) |
| | ) |

The parties, through their below counsel of record, hereby stipulate as follows:

1. Defense counsel has asked government counsel and the U.S. Probation Office to agree to a continuance of the sentencing date, currently scheduled for March 21, 2016. This request was made due to defense counsel's appointment on a number of recent cases, both federal and state, requiring immediate and time consuming attention.

1

2. Defense counsel is therefore requesting that this Court order the sentencing to be continued to May 2, 2016 at 9:00 a.m., a date that is acceptable to both the government and the U.S. Probation Office.

IT IS SO STIPULATED.


Dated: February 9, 2016          /S/-BRIAN P. BERSON
                                        BRIAN P. BERSON
                                  Attorney for Jacquline Hoegel


Dated: February 9, 2016          /S/-BENJAMIN KINGSLEY
                                      BENJAMIN KINGSLEY
                                 Assistant United States Attorney


**FINDINGS AND ORDER**

**The motion to continue the sentencing to May 2, 2016 is DENIED, without prejudice to counsel conferring to see if they can agree upon an earlier date closer to the original sentencing date of March 21, 2016.**

**Dated:  February 10, 2016**

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

2

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28
29