**Brian P. Berson, Esq.**
California State Bar No. 130249
Law Offices of Brian P. Berson
1000 Brannan Street, Suite 488
San Francisco, CA 94103
brian@bersonlaw.net
Telephone: (415) 788-2707
Facsimile: (415) 522-1506


Counsel for Defendant **JACQULINE HOEGEL**

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,         ) | NO. 14-CR-00168-JAM |
|                                   ) | |
|              Plaintiff,           ) | STIPULATION AND |
|    vs.                            ) | [~~PROPOSED~~] ORDER |
|                                   ) | TO CONTINUE SENTENCING |
| JACQULINE HOEGEL.                 ) | DATE |
|                                   ) | |
|              Defendant.           ) | |
|                                   ) | |
|                                   ) | |
|  _____  ) | |

   The parties, through their below counsel of record, hereby stipulate as follows:

   1. Defense counsel has asked government counsel and the U.S. Probation Office to agree to a continuance of the sentencing date, currently scheduled for March 21, 2016. This request was made due to defense counsel's appointment on a number of recent cases, both federal and state, requiring immediate and time consuming attention.

    2. Defense counsel is therefore requesting that this Court order the sentencing to be continued to April 11, 2016 at 9:00 a.m., a date that is acceptable to both the government and the U.S. Probation Office.

    IT IS SO STIPULATED.

Dated: February 11, 2016    /S/-BRIAN P. BERSON
                                     BRIAN P. BERSON
                                     Attorney for Jacquline Hoegel

Dated: February 11, 2016    /S/-BENJAMIN KINGSLEY
                                     BENJAMIN KINGSLEY
                                   Assistant United States Attorney

**ORDER**

    Based on the foregoing, IT IS HEREBY ORDERED that the sentencing of this matter be continued to April 11, 2016 at 9:30 a.m.

Dated:  February 12, 2016

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE