BRIAN P. BERSON, ESQ., SBN 130249
1000 Brannan St., Suite 488
San Francisco, CA 94103
Telephone (415) 788-2707
Facsimile (415) 522-1506

Attorneys for Defendant JACQULINE HOEGEL

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. 2:14-cr-00168 |
| ) | |
| Plaintiff, ) | **ORDER SEALING EXHIBITS TO** |
| ) | **DEFENDANT'S MOTION FOR** |
| vs. ) | **CORRECTION OF PRESENTENCE** |
| ) | **INVESTIGATION REPORT** |
| JACQULINE HOEGEL, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

GOOD CAUSE having been shown and pursuant to Local Rules 140 and 141, defendant Jacquline Hoegel is granted leave to file under seal Exhibits A through VV to her Motion for Correction of the Presentence Investigation Report, filed on March 28, 2016 as Docket No. 105.

Dated: March 29, 2016

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

1