UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 2:14-cr-00168-WBS-AC-1 |
| Respondent, | |
| v. | ORDER |
| JACQULINE HOEGEL, | |
| Movant. | |

Movant is a federal prisoner proceeding *pro se* with a motion to vacate, set aside, or correct her sentence pursuant to 28 U.S.C. § 2255. See ECF No. 136. Respondent has filed an opposition to the motion. See ECF No. 143. The time within which movant may file a reply has not yet expired. The matter currently pending before this court is movant's "motion to remove council [sic] To represent myself." ECF No. 141. For the reasons set forth below, the court denies the motion as moot because movant has been proceeding *pro se* in this action since the conclusion of her appeal.

Attorney Brian Berson was appointed on August 20, 2014, to represent movant from the commencement of her criminal proceedings through trial. See ECF No. 9. By order filed June 1, 2016, the Ninth Circuit Court of Appeals relieved Berson as counsel and substituted attorney Erin Radekin to represent movant on appeal. See Court of Appeals Case No. 16-10185 (Dkt. No. 4). On February 12, 2018, the Ninth Circuit issued its memorandum decision affirming movant's

1

criminal conviction and sentence; on March 6, 2018, the Ninth Circuit issued its formal mandate rendering its memorandum decision fully effective. Under the Criminal Justice Act, appointment of counsel for an indigent federal criminal defendant continues from initial appearance "through appeal." See 18 U.S.C. § 3006A(c). Accordingly, as of March 6, 2018, movant was no longer represented by appointed counsel.

Movant filed her Section 2255 motion on February 26, 2018, in *pro se*. In her current motion filed *pro se* on March 29, 2018, movant requests that she be permitted to represent herself in her Section 2255 action and in her "Motion of Order to Home Confinement, submitted to the Court on February 9, 2018," which she also filed *pro se*. ECF No. 141 at 1. The district judge has already addressed movant's prior motion,[1] which is therefore not before the undersigned. Movant's instant motion to represent herself in her Section 2255 action became unnecessary as of March 6, 2018, when her appeal in the Ninth Circuit concluded and appointment of counsel was automatically terminated. Therefore, the instant motion will be denied as moot.

Accordingly, IT IS HEREBY ORDERED that movant's motion to proceed *pro se* in this action, ECF No. 141, is denied as moot.

Dated: May 9, 2018

　　　　　　　　　　　　　　　　　／s／ Allison Claire
　　　　　　　　　　　　　　　　　ALLISON CLAIRE
　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

---

[1] The district judge responded to the latter motion by minute order issued February 15, 2018, as follows, see ECF No. 135:
> MINUTE ORDER (TEXT ONLY): The Court is in receipt of [ECF No.] 134 Defendant's Letter and Motion for Home Confinement filed 2/9/2018, and hereby orders this matter referred to her counsel of record for such action, if any, as may be deemed appropriate.

This order issued prior to conclusion of the appeal, when movant was still represented by Ms. Radekin. Counsel took no action. The matter is therefore closed.